defendant's home, and that, therefore, the exclusionary rule regarding the suppression of the evidence derives from that entry?"

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16590.

*Mitchell S. Brody*, assistant state's attorney, in support of the petition.

*Jon L. Schoenhorn*, in opposition.

Decided September 20, 2001

### STATE OF CONNECTICUT *v.* GLENN STEWART

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 340 (AC 18813), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided September 20, 2001

### STATE OF CONNECTICUT *v.* DANIEL SITKIEWICZ

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 108 (AC 19281), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.